NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

G.M.K.,                                        )
                                               )
                   Appellant,                  )
                                               )
v.                                             )        Case No. 2D18-4970
                                               )
M.S. and R.N.S.,                               )
                                               )
                   Appellees.                  )
                                               )
_____ )

Opinion filed July 31, 2019.

Appeal from the Circuit Court for Lee
County; John S. Carlin, Judge.

G.M.K., pro se.

M.S. and R.N.S., pro se.


PER CURIAM.


                   Affirmed.


KELLY, LaROSE, and SLEET, JJ., Concur.